Order entered March 11, 2022



**In The**

**Court of Appeals**
**Fifth District of Texas at Dallas**

## No. 05-21-00392-CR

### COURTNEY DUANE BARLOW, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the 380th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 380-82257-2020**

### ORDER

We **REINSTATE** this appeal.

We abated because appellant's brief, initially due on October 9, 2021, had not been filed. The trial court held a hearing and filed findings and recommendations dated March 2, 2022. We **ADOPT** the findings that (1) appellant has not abandoned the appeal and desires to prosecute the same, (2) his appointed counsel, Kyle Therrian, has reviewed the record and completed a substantial portion of the brief, and (3) Mr. Therrian has paused further appellate

appointments in order to give his full attention to this case. The trial court also found that counsel "will file his completed brief on or before March 4, 2022." Because appellant did not tender his brief until March 9, 2022, we **DECLINE** to adopt that finding.

We **ORDER** appellant's brief filed as of the date of this order. The State's brief is due April 11, 2022.

We **DIRECT** the Clerk to send copies of this order to the Honorable Benjamin Smith, Presiding Judge, 380th Judicial District Court; and to counsel for all parties.

/s/    ROBERT D. BURNS, III
CHIEF JUSTICE